IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-02716-NYW-SKC | Date: May 23, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| EVELYN BIRCHFIELD, individually and as a representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>EMPOWER ADVISORY GROUP, LLC,<br>EMPOWER RETIREMENT, LLC,<br>EMPOWER FINANCIAL SERVICES, INC., and<br>EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Brandon Waddell<br>Michael Caplan<br>Georgia Summer<br><br><br><br>Allison Kostecka<br>Monica Loseman<br>Riley Majeune |

**COURTROOM MINUTES/MINUTE ORDER**

**ORAL ARGUMENT HEARING**

**1:02 p.m.      Court in session.**

Appearances of counsel.

Argument held regarding Defendants' Motion to Dismiss the Superseding Complaint (Dkt. 5) [Doc. 28].

**ORDERED:   Defendants' Motion to Dismiss the Superseding Complaint (Dkt. 5) [Doc. 28] is DEEMED ARGUED and SUBMITTED.  The Court will issue a written opinion.**

Defendants' Motion to Stay Discovery Pending a Decision on the Motion to Dismiss the Superseding Complaint [Doc. 36] has been referred to Magistrate Judge Crews.

**2:14 p.m.** **Court in recess.**

Hearing concluded.
Total time in court: 1:12