# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02716-NYW-SKC

EVELYN BIRCHFIELD, individually and as a representative of a class of similarly situated persons,

    Plaintiff,

v.

EMPOWER ADVISORY GROUP, LLC,
EMPOWER RETIREMENT, LLC,
EMPOWER FINANCIAL SERVICES, INC., and
EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on September 6, 2023 [Doc. 44], it is

    ORDERED that Defendants' Motion to Dismiss the Superseding Complaint [Doc. 28] is GRANTED.  It is

    FURTHER ORDERED that the Superseding Complaint [Doc. 5] is DISMISSED without prejudice.  It is

    FURTHER ORDERED that Defendants' Motion to Stay Discovery Pending a Decision on the Motion to Dismiss the Superseding Complaint [Doc. 36] is DENIED as moot.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Empower Advisory Group, LLC, Empower Retirement, LLC, Empower Financial Services, Inc.,

and Empower Annuity Insurance Company of America and against Plaintiff Evelyn Birchfield.

It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 6th day of September, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk